# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> WOODBRIDGE GROUP OF COMPANIES, ) <br> LLC, et al.,[1] ) <br> ) <br>           Remaining Debtors. ) | Chapter 11 <br><br> Case No. 17-12560 (JKS) <br><br> (Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of ) <br> the Woodbridge Liquidation Trust, successor in ) <br> interest to the estates of WOODBRIDGE GROUP ) <br> OF COMPANIES, LLC, et al., ) <br>           Plaintiff, ) <br> vs. ) | |
| Sylvan & Jeannette Jutte, ) | A.P. No. 19-50308 (JKS) |
| Brian & Robin Korkus, ) | A.P. No. 19-50309 (JKS) |
| Delton & Jean Christman, ) | A.P. No. 19-50314 (JKS) |
| Floyd & Lavonne Davis, ) | A.P. No. 19-50317 (JKS) |
| George & Charlene Iwahiro, ) | A.P. No. 19-50319 (JKS) |
| Toomas & Pamela Heinmets, ) | A.P. No. 19-50322 (JKS) |
| Janet V. Dues, ) | A.P. No. 19-50328 (JKS) |
| Dena Falkenstein, ) | A.P. No. 19-50329 (JKS) |
| Judy Karen Goodin, ) | A.P. No. 19-50330 (JKS) |
| Denis W. Hueth, ) | A.P. No. 19-50331 (JKS) |
| Christian Lester, ) | A.P. No. 19-50332 (JKS) |
| Jane Marshall, ) | A.P. No. 19-50335 (JKS) |
| Laurence J. Nakasone, ) | A.P. No. 19-50337 (JKS) |
| Blaine Phillips, ) | A.P. No. 19-50338 (JKS) |
| George Edward Sargent, ) | A.P. No. 19-50340 (KLS) |
| Jeff Schuster, ) | A.P. No. 19-50341 (JKS) |
| Jennifer Tom, ) | A.P. No. 19-50342 (JKS) |
| Anita Bedoya & Mark Bedoya, ) | A.P. No. 19-50343 (JKS) |
| Anita Bedoya & Julian Duran, ) | A.P. No. 19-50344 (JKS) |
| Ronald Cole, ) | A.P. No. 19-50346 (JKS) |
| Ronald Draper, ) | A.P. No. 19-50347 (JKS) |
| Lawrence J. Paynter, ) | A.P. No. 19-50351 (JKS) |
| Nannette Tibbitts, ) | A.P. No. 19-50353 (JKS) |
| Clayton Nakasone, ) <br>           Defendants. ) | A.P. No. 19-50382 (JKS) |

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3606) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

## ORDER DENYING SCHEDULING MOTION

Upon consideration of the *Motion to Include the Defendants' Motion to Temporarily Stay the Prosecution of Their Complaints Pending the Determination of Distributions to Class 3 Note Claimants Under the Confirmed Plan on the Matters Scheduled for the May 19, 2021 Status Conference at 9:00 a.m.* (the "Scheduling Motion"); and the Court having reviewed the Woodbridge Liquidation Trust's objection to the Scheduling Motion; and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and notice of the Scheduling Motion was sufficient under the circumstances; and after due deliberation;

**IT IS HEREBY ORDERED** that the Motion is denied.

Dated: May 13, 2021

**Dated: May 13th, 2021**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**