# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | |
| Plaintiff, | Adv. Proc. No.: 19-50338 (JKS) |
| vs. | **Ref Docket No. 87** |
| BLAINE PHILLIPS, | |
| Defendant. | |

## AFFIDAVIT OF SERVICE

STATE OF OHIO            )
                         ) ss.:
COUNTY OF FRANKLIN       )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

2. On May 10, 2022, I caused to be served the "Stipulation of Dismissal of Adversary Proceeding" dated May 10, 2022, [Docket No. 87], by causing a true and correct copy to be delivered via electronic mail to the following party: *curtishehn@comcast.net.*

*/s/ Angela Chachoff*
Angela Chachoff

Sworn to before me this
19th day of May, 2022
*/s/  Andrea R. Speelman*
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024